IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RICARDO JOSE SUAREZ,**                                    10-CV-532-SU

        Petitioner,                                  ORDER

v.

**STATE OF OREGON,**

        Respondent.

**RICARDO JOSE SUAREZ**
07480-091
FCI - FORT WORTH
P.O. Box 15330
Fort Worth, TX 76119

        Plaintiff, *Pro Se*

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#4) on July 29, 2010, in which she recommends the Court deny Petitioner's Writ of Coram Nobis Motion to Vacate Sentence (#2) and dismiss this matter.  Petitioner filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#4) and, therefore, **DENIES** Petitioner's Writ of Coram Nobis Motion to Vacate Sentence (#2) and **DISMISSES** this

1 - ORDER

matter.

    IT IS SO ORDERED.

    DATED this 7th day of October, 2010.

                            _____
                            ANNA J. BROWN
                            United States District Judge

1 - ORDER