FILED
JAN 5 - 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

RICHARDO JOSE SUAREZ,

        Petitioner,        10-CV-532-SU

v.        ORDER

STATE OF OREGON,

        Respondent.

BROWN, Judge.

Pursuant to the Ninth Circuit Court of Appeals limited remand entered January 4, 2011, the Court finds Petitioner has not made a substantial showing of the denial of a constitutional right. A certificate of appealability, therefore, is **DENIED**. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 4th day of January, 2011.

                      /s/ Anna J. Brown
                      ANNA J. BROWN
                      United States District Judge

1 - ORDER